UNITED STATES DISTRICT COURT

__EASTERN__    **District of**    __CALIFORNIA__

| | |
|---|---|
| DENISE CORTES,<br>        Plaintiff<br><br>        V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>        Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE    1:12-AT-00093 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__  GRANTED.

   __X__  The clerk is directed to file the complaint.

   __X__  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   __21^ST__   day of   __February__  ,  __2012__  .

                                   __/s/ Barbara A. McAuliffe__
                                    Signature of Judicial Officer

                                    BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                    Name and Title of Judicial Officer